UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT -9 A 11:43

US DISTRICT COURT
HARTFORD

KENNETH MAURY,
PLAINTIFF

v.

COMPUTER SCIENCES CORPORATION,
DEFENDANT

CIV. ACTION NO.
3:02 CV1492 (DJS)

October 9, 2003

## MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND LOCAL RULE 9(c)2 STATEMENT

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, Plaintiff, Kenneth Maury, respectfully requests a thirty day (30) day extension of time--to and including November 17, 2003--in which to file Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Local Rule 9(c)2 Statement. In support of this motion, Plaintiff states the following:

1. Defendant's Motion for Summary Judgment and Local Rule 9(c)1 Statement of Undisputed Facts were filed on or about September 23, 2003. Therefore, under the applicable rules, Plaintiff's Opposition and Local Rule 9(c)2 Statement are currently due on October 17, 2003.

GRANTED to and including November 17, 2003
10/15/03
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE

ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY IS NOT REQUIRED