UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

KENNETH MAURY,
    PLAINTIFF

v.

COMPUTER SCIENCES CORPORATION,
    DEFENDANT

CIV. ACTION NO.
3:02 CV 492 (DJS)

2003 NOV 14  A 9: 53

US DISTRICT COURT
HARTFORD CT

November 14, 2003

**MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, Plaintiff, Kenneth Maury, respectfully requests a fourteen day (14) day extension of time—to and including December 1, 2003--in which to file Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Local Rule 56(c) Statement.   In support of this motion, Plaintiff states the following:

1.      Plaintiff's Opposition and Local Rule 9(c)2 Statement are currently due on Monday, November 17, 2003.

2.      Attorney William Madsen, a partner at Madsen, Prestley & Parenteau, has missed several days over the past three weeks due to pneumonia. In addition, Attorney Madsen has been in New Hampshire since Tuesday of this week because his sister is in an intensive care unit with life threatening injuries. To the extent that they could not be rescheduled, Attorney Craig Dickinson, an associate with the firm, has attended several depositions, conference calls and other matters in Attorney Madsen's place.

**ORAL ARGUMENT IS NOT REQUESTED**

**TESTIMONY IS NOT REQUIRED**

3.     Attorney Dickinson is responsible for preparing Plaintiff's opposition papers. As a result of covering matters in Attorney Madsen's absence, Attorney Dickinson requires additional time to meet with Plaintiff and to fully address the issues raised in Defendant's lengthy and complex motion.

4.     This is the second Motion for Extension of Time filed by Plaintiff in connection with this matter.

5.     Counsel for Defendant, Albert Zakarian and Eric Sussman, have stated that they consent to the granting of this motion.

WHEREFORE, Plaintiff respectfully requests a fourteen day (14) day extension of time—to and including December 1, 2003--in which to file his Opposition to Defendant's Motion for Summary Judgment and Local Rule 56(c) Statement.

Respectfully submitted,
The Plaintiff, Kenneth Maury

By:

Craig T. Dickinson
Fed. Bar No.: ct18053
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Second Floor East
Hartford, CT 06106
(860) 246-2466
Attorneys for the Plaintiff

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was sent via first class mail on this 14th day of November 2003, to the following counsel of record:

Albert Zakarian, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard
CityPlace I
Hartford CT 06103

Craig T. Dickinson