UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KENNETH MAURY**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:02cv1492(DJS) |
| **COMPUTER SCIENCES**<br>**CORPORATION**<br>    **Defendant** | : |

### ORDER

The Motion for Extension of Time to File Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Doc. #40) is hereby **GRANTED to and including December 1, 2003.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   18th   day of November, 2003.

                            /s/DJS
                            Dominic J. Squatrito
                            United States District Judge