## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH MAURY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV01492 (DJS) |
| | : | |
| V. | : | |
| | : | |
| COMPUTER SCIENCES CORPORATION, | : | |
| Defendant. | : | DECEMBER 2, 2003 |

_____

### DEFENDANT'S MOTION FOR EXTENSION OF TIME
### TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure, the defendant, Computer Sciences Corporation ("CSC"), respectfully requests an extension of time of twenty-five (25) days, up to and including January 9, 2004, to file a Reply Brief in Support of its Motion for Summary Judgment. At present, the defendant's Reply Brief would be due on December 15, 2003. The defendant requests this extension of time to afford counsel sufficient time to study and respond to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment. Moreover, in light of the upcoming holidays and the fact that the undersigned will be out of the country during the entire week of December 8, 2003, it will be very difficult to file a Reply Brief prior to January 9, 2004.

The requested extension will not delay trial in this matter. This is the defendant's first

**ORAL ARGUMENT IS NOT REQUESTED**

-2-

request for an extension of this deadline.  The undersigned has contacted plaintiff's attorney, Craig

Dickinson, with respect to this Motion and he has no objection.

        THE DEFENDANT,
        COMPUTER SCIENCES
        CORPORATION,


        By:_____
            Albert Zakarian (ct04201)
            Eric L. Sussman (ct19723)
        For:  Day, Berry & Howard LLP
            CityPlace I
            Hartford, Connecticut 06103-3499
            (860) 275-0100
            Its Attorneys

## CERTIFICATE OF SERVICE

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:  Peter B. Prestley, Esq.
Craig Dickinson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capital Avenue, Suite 201
Hartford, CT  06106


        _____
        Eric L. Sussman