**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **KENNETH MAURY** | : | |
| **Plaintiff** | | |
| | | |
| **v.** | : | **CIVIL NO.: 3:02cv1492(DJS)** |
| | | |
| **COMPUTER SCIENCES** | | |
| **CORPORATION** | : | |
| **Defendant** | | |

**ORDER**

The Defendant's Motion for Extension of Time to File Reply Brief in Support of

Motion for Summary Judgment (Doc. #44) is hereby **GRANTED to and including**

**January 9, 2004.**

      **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __10th__ day of December, 2003.

                               /s/DJS
                               Dominic J. Squatrito
                               United States District Judge