```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF CONNECTICUT
 3
 4     * * * * * * * * * * * * * * *
       KENNETH MAURY,                  )
 5                                     )
                  Plaintiff,           )
 6                                     )  Civil Action No.
          -vs-                         )
 7                                     )  3:02CV492 (DJS)
       COMPUTER SCIENCES CORPORATION,  )
 8                                     )
                                       )              COPY
 9                Defendant.           )
       * * * * * * * * * * * * * * *
10
11
12           Deposition of MICHAEL BONDI, taken before
13    Bethany A. Carrier, Court Reporter and Notary Public
14    within and for the State of Connecticut, pursuant to
15    Notice and the Federal Rules of Civil Procedure, at the
16    offices of Madsen, Prestley & Parenteau, 44 Capitol
17    Avenue, Hartford, Connecticut, taken on July 10, 2003,
18    commencing at 10:05 a.m.
19
20
21                Bethany A. Carrier, LSR 071
22                Brandon Smith Reporting Service
23                      44 Capitol Avenue
24                  Hartford, Connecticut  06106
25                      (860) 549-1850
```

Page 228

1    Q    Mr. Cote did that?

2    A    Yes.  The only reason I can't give you

3  specifics on that is because after that period of time

4  I did not manage Mr. Cote.

5    Q    That is at that juncture you --

6    A    I'm sorry.  It was a little over a month

7  later.

8    Q    Okay.

9    A    That thing was changed.

10   Q    So during that period of time Mr. Cote was

11 performing the function that Mr. Maury had done in

12 connection with the service request function?

13   A    Plus some desktop work, also.

14   Q    Did Mr. Maury ever do any desktop work?

15   A    On occasion.

16   Q    Well, why was it that you selected Mr. Maury

17 for termination in this RIF?

18   A    Some of the factors that we discussed

19 earlier.  There were conflicts with both the customer

20 and the other employees in the environment.

21   Q    Some of those conflicts revolve around Mr.

22 Maury's concerns that CSC and/or UTC/Carrier employees

23 were installing software without licenses?

24          MR. SUSSMAN:  Objection to the form of

25 the question.

1    A    It was more the other way around. It was the
2  employees and the customer were complaining about
3  Ken's -- the way he conducted himself with them.
4  BY MR. DICKINSON:
5    Q    Well, with respect to what?
6    A    As I mentioned earlier, some of the
7  administrative assistants were complaining because of
8  his brashness. As I -- Jeremy Pollack almost quit
9  because of the things that were going on.
10   Q    Well, what did he almost quit about?
11   A    He was extremely concerned about the way he
12 was being treated by Ken.
13   Q    With respect to what?
14   A    The way his work was being handled. The way
15 he was being told to do things. As I mentioned in that
16 other e-mail, you know, without explanation, just do it
17 and now, and not explaining the basis behind that if
18 there was a specific customer request that made it
19 urgent or not.
20   Q    Anything else?
21   A    Not that I can recollect.
22   Q    Was one of the issues that you raised the
23 discussion that Mr. Maury had had with Ms. Cole, her
24 complaint about Mr. Maury?
25   A    The concern came to me through Mr. Fleming.

Page 246

1    Q    Did you understand Mr. Maury to be blaming
2    any particular individuals in his e-mail?
3    A    He was fingering Larry Thompson for not doing
4    his job.
5    Q    Mr. Bondi, you had also testified on direct
6    examination that -- I believe you had testified that
7    Mr. Maury was the only site coordinator under your
8    supervision who was laid off in September of 2001.  Is
9    that -- was that your testimony?
10   A    Yes, it was.
11   Q    How many site coordinators in the Carrier
12   environment were under your supervision in September of
13   2001?
14   A    He was the only one.
15   Q    And just so the record is clear, did your
16   decision to select Mr. Maury for layoff have anything
17   to do with the fact that Maury complained about alleged
18   illegal software installations?
19   A    No.  It was mainly on interpersonal skills
20   issues that I had addressed several times in the
21   testimony.
22   Q    And did it have anything to do with the fact
23   that he had complained about alleged illegal software
24   installations?
25   A    No, it did not.