FILED

2004 JAN -5 P 2: 4?

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| KENNETH MAURY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-CV-1492 (DJS) |
| | : | |
| V. | : | |
| | : | |
| COMPUTER SCIENCES CORPORATION, | : | |
| Defendant. | : | JANUARY 5, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Defendant, Computer Sciences Corporation ("CSC") has manually filed Exhibit C to Defendant CSC's Reply Brief in Support of Defendant's Motion for Summary Judgment.

Exhibit C has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

The Reply Brief and all Exhibits (A-C) have been manually served on all parties.

THE DEFENDANT,
COMPUTER SCIENCES
CORPORATION

By: _____
Albert Zakarian (ct04201)
Eric L. Sussman (ct19723)
For:   Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
Its Attorneys

Document6
January 5, 2004 1:39 PM

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

Peter B. Prestley, Esq.
Craig Dickinson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capital Avenue, Suite 201
Hartford, CT  06106

Eric L. Sussman