## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH MAURY, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:02CV01492 (DJS) |
| | : | |
| V. | : | |
| | : | |
| COMPUTER SCIENCES CORPORATION, | : | |
|     Defendant. | : | MARCH 21, 2005 |

_____

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE JOINT TRIAL MEMORANDUM

The plaintiff, Kenneth Maury, and the defendant, Computer Sciences Corporation ("CSC"), respectfully request an extension of time to file a Joint Trial Memorandum in this case up to and including 30 days following a settlement conference before Magistrate Judge Smith. At present, the Joint Trial Memorandum would be due on May 2, 2005. However, defendant's counsel are scheduled to be on trial in federal court before Judge Arterton beginning May 10, 2005. Similarly, plaintiff's counsel will also be on trial in Hartford Superior Court beginning May 5, 2005. Accordingly, neither counsel anticipates that they will be able to complete a Joint Trial Memorandum within the existing timeframe. Furthermore, counsel for both parties agree that, in light of the Court's referral of this case to Magistrate Judge Smith for a settlement conference, it would be most efficient to postpone the due date for the Joint Trial Memorandum until after the

Jt mtn for ext file joint trial memo
March 22, 2005 12:17 PM

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

settlement conference in the event that settlement discussions are successful.  This is the parties' first request for an extension of this deadline.

|  |  |
|---|---|
| THE PLAINTIFF,<br>KENNETH MAURY | THE DEFENDANT,<br>COMPUTER SCIENCES CORPORATION |
| By:_____<br>    Craig Dickinson (ct18053)<br>    Madsen, Prestley & Parenteau, LLC<br>    44 Capitol Avenue, Suite 201<br>    Hartford, CT  06106<br>    (860) 246-2466<br>    His Attorneys | By:_____<br>    Albert Zakarian (ct04201)<br>    Eric L. Sussman (ct19723)<br>    Day, Berry & Howard LLP<br>    CityPlace I<br>    Hartford, Connecticut 06103-3499<br>    (860) 275-0100<br>    Its Attorneys |

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com