## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

KENNETH MAURY                            :
    Plaintiff

v.                                       : CIVIL NO.: 3:02cv1492(DJS)

COMPUTER SCIENCES
CORPORATION                              :
    Defendant

### ORDER

In the interest of justice, the above-captioned case is hereby transferred to the

Honorable ___Janet C. Hall___ United States District Judge, who sits in Bridgeport

Connecticut.  All further pleadings or documents in this matter should be filed with the

Clerk's Office in __Bridgeport__ and bear the docket number **3:02cv1492( JCH** Pleadings

or documents related to this action and filed in any other seat of court will be refused at the

Clerk's Office and returned to you unfiled.  See Local Rule 3(a).

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___15th___ day of April, 2005.


        /s/DJS_____
        Dominic J. Squatrito
        United States District Judge

AO 72A
(Rev.8/82)