UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH MAURY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV01492 (JCH) |
| | : | |
| V. | : | |
| | : | |
| COMPUTER SCIENCES CORPORATION, | : | |
| Defendant. | : | MAY 20, 2005 |

**JOINT MOTION FOR EXTENSION OF TIME**
**TO FILE JOINT TRIAL MEMORANDUM**

The plaintiff, Kenneth Maury, and the defendant, Computer Sciences Corporation ("CSC"), respectfully request an extension of time to file a Joint Trial Memorandum in this case up to and including September 12, 2005.  At present, the Joint Trial Memorandum would be due on June 10, 2005.  However, the parties are scheduled to attend a settlement conference before Magistrate Judge Smith on August 11, 2005.  Counsel for both parties agree that, in light of the Court's referral of this case to Magistrate Judge Smith for a settlement conference, and the scheduled date for the conference, it would be most efficient to postpone the due date for the Joint Trial Memorandum until after the settlement conference in the event that settlement discussions are successful.  This is the parties' second request for an extension of this deadline.

-2-

| THE PLAINTIFF, | THE DEFENDANT, |
| --- | --- |
| KENNETH MAURY | COMPUTER SCIENCES CORPORATION |

By:_____   By:_____
    Craig Dickinson (ct18053)               Albert Zakarian (ct04201)
    Madsen, Prestley & Parenteau, LLC       Eric L. Sussman (ct19723)
    44 Capitol Avenue, Suite 201            Day, Berry & Howard LLP
    Hartford, CT  06106                     CityPlace I
    (860) 246-2466                          Hartford, Connecticut 06103-3499
    His Attorneys                           (860) 275-0100
                                            Its Attorneys