UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH MAURY | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-02-cv-1492 (JCH) |
| | : | |
| COMPUTER SCIENCES CORP. | : | OCTOBER 28, 2005 |
|     Defendant | : | |

## ORDER OF TRANSFER

The Honorable Janet C. Hall hereby transfers the above-identified case to the docket of The Honorable Peter C. Dorsey for all purposes.

All future pleadings and filings in this case shall be filed with the Clerk's Office in New Haven, and bear docket number 3-02-cv-1492 (PCD). Pleadings or documents related to this action and filed in any other seat of Court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a).]

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 28th day of October, 2005.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge