## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH MAURY | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | |
| VS. | : | 3:02CV01492 (PCD) |
| | : | |
| COMPUTER SCIENCES CORPORATION | : | |
| | : | NOVEMBER 21, 2005 |
| Defendant. | : | |

## MOTION IN LIMINE TO EXCLUDE
## EXPERT TESTIMONY OF GARY M. CRAKES

The Defendant, Computer Sciences Corporation, respectfully submits this Motion in Limine to Exclude Expert Testimony of Gary M. Crakes ("Crakes") pursuant to Rule 702 of the Federal Rules of Evidence and Daubert v. Merrell Dow Pharms., Inc., 509 U.S. 579 (1993). Crakes's testimony should be excluded because it is unreliable. His "methodology" and opinions are based on unfounded and unrealistic assumptions that lack a sufficient factual foundation because Crakes failed independently to verify the accuracy or reasonableness of those assumptions.

A memorandum in support of this motion is submitted herewith.

**ORAL ARGUMENT
REQUESTED**

-2-

        DEFENDANT,
        COMPUTER SCIENCES CORPORATION


By _____
        Albert Zakarian (ct#04201)
        Eric L. Sussman (ct#19723)
        Day, Berry & Howard LLP
        185 Asylum Street
        Hartford, Connecticut 06103
        (860) 275-0100
        Fax: (860) 275-0343
        Its Attorneys


## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was sent this date, via facsimile and first class mail, postage prepaid, to:

Peter B. Prestley, Esq.
Craig Dickinson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capital Avenue, Suite 201
Hartford, CT 06106

_____
Eric L. Sussman