APPRAISAL OF ECONOMIC LOSS

<u>Kenneth Maury</u>

Prepared for: Peter B. Prestley, Esq.
              MADSEN, PRESTLEY & PARENTEAU, LLC
              Attorneys At Law
              44 Capitol Avenue, Suite 201
              Hartford, CT   06106

Prepared by:  Gary M. Crakes, PhD

April 24, 2003

## Table of Contents

| Exhibit | | page |
|---|---|---|
| | Letter of transmittal | 1 |
| | Certification | 2 |
| | Discussion | 3,4 |
| I | Summary of appraisal | 5 |
| II | Work-life and life expectancy | 6 |
| III | Average hourly earnings of production workers...since 1952 (table) | 7 |
| IV | The Consumer Price Index...since 1800 (table) | 8 |
| V | Educational Attainment in the United States: March 1993 and 1992, U.S. Department of Commerce, Economics and Statistics Administration, Bureau of the Census, May, 1994 (cover) | 9 |
| VI | Employee Benefits as Percent of Payroll, by Manufacturing and Non-Manufacturing Industry Groups, 2001 Employee Benefits Study (U. S. Chamber of Commerce) (table) | 10 |
| | Gary M. Crakes: Curriculum vitae | |

## MAHER, CRAKES AND ASSOCIATES
### ECONOMIC CONSULTANTS
860 WARD LANE
CHESHIRE, CONNECTICUT 06410
(203) 272-1205
FAX: (203) 250-8452

JOHN MAHER, PHD
GARY M. CRAKES, PHD

April 24, 2003

RE: Kenneth Maury

Peter B. Prestley, Esq.
MADSEN, PRESTLEY & PARENTEAU, LLC
Attorneys At Law
44 Capitol Avenue, Suite 201
Hartford, CT  06106

Dear Mr. Prestley:

The following report on the economic loss of the above named is an objective estimate of the loss in this case, measured as scientifically and accurately as the data permit.

If you have questions about calculations or concepts or feel that additional aspects should be explored, please contact us. Exhibit I and II in this report are prepared to be suitable as enlargements for use at trial.

If the case is not settled, please schedule time for appearance at trial sufficiently in advance that we may plan accordingly.

Respectfully submitted,

Gary M. Crakes, PhD

GMC:dc

CERTIFICATION

Kenneth Maury

I certify that I have no financial interest or claims contingent upon the disposition of the case in connection with which I prepared an appraisal of the economic loss of the above named. The appraisal is based exclusively upon the available data and the application of economic and statistical method.

Gary M. Crakes, PhD

Discussion of appraisal: Kenneth Maury

Kenneth Maury was born May 15, 1956 (1956.37) with the commencement of loss on September 21, 2001 (2001.72) at age 45.35 years with life expectancy of 31.99 years and work-life to age 65 of 19.65 years. See Exhibit II.

At the date of commencement of loss, Kenneth Maury was employed with Computer Sciences Corporation. Subsequent to the commencement of loss, Mr. Maury must pursue alternative employment.

In this appraisal of the economic loss of earning capacity, we have calculated the past earnings of Kenneth Maury based on continued employment with Computer Sciences Corporation. Calculation of past earnings is based on a 2001 annual rate of pay of $77,400 with adjustment for each year in the past by the annual percentage change in general levels of earnings. With the deduction of employee business expenses, past net earnings based on employment with Computer Sciences Corporation are $115,591. This value appears as the first entry to the summary, Exhibit I.

Next, we have deducted the actual past compensation of Kenneth Maury. With the deduction of past compensation of $58,570, past net economic loss becomes $57,021.

Next, we have estimated the future economic loss of Kenneth Maury. Calculation of future discounted earnings with continued employment with Computer Sciences Corporation is based on current estimated annual earnings of $82,444 and the assumption that the future average annual rate of growth of earnings will be 1% less than the discount rate. With this assumption and the deduction of employee business expenses, future discounted earnings with Computer Sciences Corporation are $1,220,206. See Exhibit I.

Next, we have calculated the future discounted alternative earnings of Kenneth Maury for two earnings alternatives: alternative earnings as a male with an associate's degree and alternative earnings with annual earnings of $28,333 based on actual gross receipts from self employment. Exhibit V is a copy of the cover of the source document for earnings as a male with an associate's degree. This document, <u>Educational Attainment in the United States: March 1993 and 1992</u>, U.S. Department of Commerce, Economics and Statistics Administration, was published in May, 1994, with

annual unpublished updates available from 1994 to 1998. Calculation of future lifetime alternative earnings as a male with an associate's degree results in a discounted value of $780,968 with the assumption that the future average annual rate of growth of earnings will be 1% less than the discount rate. With the deduction of this value from future discounted earnings based on continued employment with Computer Sciences Corporation, future net discounted earnings loss is $439,238.

Additionally, with future alternative earnings based on annual earnings of $28,333, future discounted earnings are $465,555 again assuming that the future average annual rate of growth of earnings will be 1% less than the discount rate. With the deduction of this value from future discounted earnings based on continued employment with Computer Sciences Corporation, future net discounted earnings loss is $754,651. See Exhibit I.

Finally, we have included the value of the net loss of fringe benefits. As an employee of Computer Sciences Corporation, Kenneth Maury was a participant in a defined benefit pension plan. The net discounted loss of pension benefit for the 12.34 years of remaining life expectancy following retirement at age 65 is $311,347. In addition, we have deducted the value of fringe benefits from alternative employment calculated at 10% of alternative earnings. (For the average benefit payments in the United States, see Exhibit VI with data from the U.S. Chamber of Commerce.) With these adjustments, future net discounted economic loss becomes $666,631 with future alternative earnings as a male with an associate's degree and $1,013,585 with future alternative earnings based on annual earnings of $28,333. Past plus future net discounted economic loss becomes $723,652 with future alternative earnings as a male with an associate's degree and $1,070,606 with future alternative earnings based on annual earnings of $28,333.

It is our opinion that the discounted economic loss in this case, after adjustment of the capital fund for the quarterly payout of interest, is approximately $695,000 with future alternative earnings as a male with an associate's degree and $1,028,000 with future alternative earnings based on annual earnings of $28,333.

Summary of appraisal: Kenneth Maury

Past Economic Loss

|  |  |  | Discounted values |
|---|---|---|---|
| I | Past net earnings based on continued employment with Computer Sciences Corporation |  | $115,591 |
| II | Less past compensation |  | − 58,570 |
|  | Past net economic loss |  | $ 57,021 |

Future Economic Loss

|  |  | With future alternative earnings as a male with an associate's degree | With future alternative earnings based on annual earnings of $28,333 |
|---|---|---|---|
| III | Future net earnings based on continued employment with Computer Sciences Corporation | $1,220,206 | $1,220,206 |
| IV | Less future alternative earnings |  |  |
|  | A. As a male with an associate's degree | − 780,968 |  |
|  | B. With annual earnings of $28,333 |  | − 465,555 |
|  | Future net discounted earnings loss | $ 439,238 | $ 754,651 |
| V | Plus value of net loss of pension benefit for 12.34 years of remaining life expectancy following retirement at age 65 | 311,347 | 311,347 |
|  | Subtotals | $ 750,585 | $1,065,998 |
| VI | Less value of fringe benefits from alternative employment | − 83,954 | − 52,413 |
|  | Future net discounted economic loss | $ 666,631 | $1,013,585 |
|  | Past plus future net discounted economic loss | $ 723,652 | $1,070,606 |
| VII | Adjustment of capital fund for payout of interest, quarterly | − 29,000 | − 43,000 |
|  | Total net discounted economic loss | $ 694,652 | $1,027,606 |

WORK-LIFE AND LIFE EXPECTANCY

Kenneth Maury

|  | Year and fractional equivalent | Number of years |
|---|---|---|
| A. Date of birth: |  |  |
| May 15, 1956 | 1956.37 |  |
| B. As of date of commencement of loss: |  |  |
| September 21, 2001 | 2001.72 |  |
| 1. Age |  | 45.35 |
| 2. Work-life to age 65 |  | 19.65 |
| 3. Life expectancy |  | 31.99 |

Source:

3. <u>Vital Statistics of the United States, 1998</u>,
   U. S. Department of Health and Human Services,
   Center for Disease Control and Prevention, National Center
   for Health Statistics, Vol. 48, Number 18, Tables 1-9, 2001.

**TABLE 98. Average Hourly Earnings of Production or Nonsupervisory Workers [1] on Private Nonagricultural Payrolls, by Industry Division, 1932-74**

[In dollars]

| Year and month | Total private | Mining | Contract construction | Manufacturing Total [2] | Manufacturing Durable goods | Manufacturing Nondurable goods | Manufacturing excluding overtime | Transportation and public utilities | Wholesale and retail trade Total | Wholesale and retail trade Wholesale | Wholesale and retail trade Retail | Finance, insurance, and real estate [3] | Services |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1932 | | | | 0.441 | 0.492 | 0.412 | | | | | | | |
| 1933 | | | | .437 | .467 | .419 | | | | | | | |
| 1934 | | | | .526 | .550 | .505 | | | | | | | |
| 1935 | | | | .544 | .571 | .520 | | | | | | | |
| 1936 | | | | .550 | .580 | .519 | | | | 0.610 | | | |
| 1937 | | | | .617 | .667 | .566 | | | | .628 | | | |
| 1938 | | | | .620 | .679 | .572 | | | | .658 | | | |
| 1939 | | | | .627 | .691 | .571 | | | | .674 | | | |
| 1940 | | | | .655 | .716 | .590 | | | | .688 | | 0.484 | |
| 1941 | | | | .726 | .799 | .627 | 0.691 | | | .711 | | .494 | |
| 1942 | | | | .851 | .937 | .709 | .793 | | | .763 | | .518 | |
| 1943 | | | | .957 | 1.048 | .787 | .881 | | | .828 | | .559 | |
| 1944 | | | | 1.011 | 1.105 | .844 | .933 | | | .898 | | .606 | |
| 1945 | | | | 1.016 | 1.099 | .886 | .949 | | | .948 | | .553 | |
| 1946 | | | | 1.075 | 1.144 | .995 | 1.035 | | | .990 | | .699 | |
| 1947 | 1.131 | 1.469 | 1.541 | 1.217 | 1.278 | 1.145 | 1.18 | | 0.940 | 1.107 | | .797 | |
| 1948 | 1.225 | 1.684 | 1.713 | 1.328 | 1.395 | 1.250 | 1.29 | | 1.010 | 1.220 | 0.838 | 1.140 | |
| 1949 | 1.275 | 1.717 | 1.792 | 1.378 | 1.453 | 1.295 | 1.34 | | 1.060 | 1.308 | .901 | 1.200 | |
| 1950 | 1.335 | 1.772 | 1.863 | 1.440 | 1.519 | 1.347 | 1.39 | | 1.100 | 1.360 | .951 | 1.260 | |
| 1951 | 1.45 | 1.93 | 2.02 | 1.56 | 1.65 | 1.44 | 1.51 | | 1.18 | 1.427 | .983 | 1.340 | |
| 1952 | 1.52 | 2.01 | 2.13 | 1.65 | 1.75 | 1.51 | 1.59 | | 1.23 | 1.52 | 1.06 | 1.45 | |
| 1953 | 1.61 | 2.14 | 2.28 | 1.74 | 1.86 | 1.58 | 1.68 | | 1.30 | 1.61 | 1.09 | 1.51 | |
| 1954 | 1.65 | 2.14 | 2.39 | 1.78 | 1.90 | 1.62 | 1.73 | | 1.35 | 1.70 | 1.16 | 1.58 | |
| 1955 | 1.71 | 2.20 | 2.45 | 1.86 | 1.99 | 1.67 | 1.76 | | 1.40 | 1.76 | 1.20 | 1.65 | |
| 1956 | 1.80 | 2.33 | 2.57 | 1.95 | 2.08 | 1.77 | 1.89 | | 1.47 | 1.83 | 1.25 | 1.70 | |
| 1957 | 1.89 | 2.46 | 2.71 | 2.05 | 2.19 | 1.85 | 1.99 | | 1.54 | 1.94 | 1.30 | 1.78 | |
| 1958 | 1.95 | 2.47 | 2.82 | 2.11 | 2.26 | 1.91 | 2.05 | | 1.60 | 2.02 | 1.37 | 1.84 | |
| 1959 | 2.02 | 2.56 | 2.93 | 2.19 | 2.36 | 1.98 | 2.12 | | 1.66 | 2.09 | 1.42 | 1.89 | |
| 1960 | 2.09 | 2.61 | 3.08 | 2.26 | 2.43 | 2.05 | 2.20 | | 1.71 | 2.18 | 1.47 | 1.95 | |
| 1961 | 2.14 | 2.64 | 3.20 | 2.32 | 2.49 | 2.11 | 2.25 | | 1.75 | 2.24 | 1.52 | 2.02 | |
| 1962 | 2.22 | 2.70 | 3.31 | 2.39 | 2.56 | 2.17 | 2.31 | | 1.83 | 2.31 | 1.56 | 2.09 | |
| 1963 | 2.28 | 2.75 | 3.41 | 2.46 | 2.63 | 2.22 | 2.37 | | 1.89 | 2.37 | 1.63 | 2.17 | |
| 1964 | 2.36 | 2.81 | 3.55 | 2.53 | 2.71 | 2.29 | 2.44 | 2.88 | 1.96 | 2.45 | 1.68 | 2.25 | 1.94 |
| 1965 | 2.45 | 2.92 | 3.70 | 2.61 | 2.79 | 2.36 | 2.51 | 3.03 | 2.03 | 2.52 | 1.75 | 2.30 | 2.05 |
| 1966 | 2.56 | 3.05 | 3.89 | 2.72 | 2.90 | 2.45 | 2.59 | 3.11 | 2.13 | 2.61 | 1.82 | 2.39 | 2.17 |
| 1967 | 2.68 | 3.19 | 4.11 | 2.83 | 3.00 | 2.57 | 2.77 | 3.24 | 2.24 | 2.73 | 1.91 | 2.47 | 2.29 |
| 1968 | 2.85 | 3.35 | 4.41 | 3.01 | 3.19 | 2.74 | 2.88 | 3.42 | 2.40 | 2.88 | 2.01 | 2.58 | 2.42 |
| 1969 | 3.04 | 3.61 | 4.79 | 3.19 | 3.38 | 2.91 | 3.06 | 3.64 | 2.55 | 3.05 | 2.16 | 2.75 | 2.61 |
| 1970 | 3.22 | 3.85 | 5.24 | 3.36 | 3.55 | 3.08 | 3.24 | 3.85 | 2.71 | 3.23 | 2.30 | 2.93 | 2.81 |
| 1971 | 3.44 | 4.06 | 5.69 | 3.57 | 3.79 | 3.26 | 3.44 | 4.21 | 2.85 | 3.44 | 2.44 | 3.08 | 3.02 |
| 1972 | 3.67 | 4.41 | 6.03 | 3.81 | 4.06 | 3.47 | 3.66 | 4.64 | 3.01 | 3.67 | 2.57 | 3.27 | 3.23 |
| 1973 | 3.92 | 4.72 | 6.38 | 4.07 | 4.33 | 3.68 | 3.89 | 5.03 | 3.20 | 3.88 | 2.70 | 3.42 | 3.46 |
| 1974 | 4.22 | 5.20 | 6.76 | 4.40 | 4.68 | 3.98 | 4.23 | 5.40 | 3.47 | 4.12 | 2.87 | 3.57 | 3.74 |
| | | | | | | | | | | 4.49 | 3.10 | 3.81 | |

[1] Data relate to production workers in mining and manufacturing; to construction workers in contract construction; and to nonsupervisory workers in transportation and public utilities; wholesale and retail trade; finance, insurance, and real estate; and services.

[2] Prior data are as follows:
1909... 0.191  1922... 0.482  1927... 0.544
1914... .221   1923... .515   1928... .556
1919... .472   1924... .541   1929... .550
1920... .549   1925... .541   1930... .546
1921... .509   1926... .542   1931... .509

[3] Excludes data on nonoffice salespersons.
[4] Beginning 1947, includes data on eating and drinking places.
[5] 11-month average.
[6] Prior to January 1956, data were based on the application of adjustment factors to gross average hourly earnings. (For a detailed description see the Monthly Labor Review, May 1950, pp. 537-540; reprint available, serial No. R 2020.)

NOTE: Data include Alaska and Hawaii beginning 1959.

| Private sector | | | | Service industry | | | |
|---|---|---|---|---|---|---|---|
| 1975 | $ 4.53 | 1990 | $10.01 | 1975 | $ 4.02 | 1990 | $ 9.83 |
| 1976 | 4.86 | 1991 | 10.32 | 1976 | 4.31 | 1991 | 10.23 |
| 1977 | 5.25 | 1992 | 10.58 | 1977 | 4.65 | 1992 | 10.55 |
| 1978 | 5.69 | 1993 | 10.83 | 1978 | 4.99 | 1993 | 10.78 |
| 1979 | 6.16 | 1994 | 11.12 | 1979 | 5.36 | 1994 | 11.04 |
| 1980 | 6.66 | 1995 | 11.43 | 1980 | 5.85 | 1995 | 11.39 |
| 1981 | 7.25 | 1996 | 11.81 | 1981 | 6.41 | 1996 | 11.79 |
| 1982 | 7.68 | 1997 | 12.26 | 1982 | 6.92 | 1997 | 12.28 |
| 1983 | 8.02 | 1998 | 12.78 | 1983 | 7.30 | 1998 | 12.84 |
| 1984 | 8.33 | 1999 | 13.24 | 1984 | 7.64 | 1999 | 13.37 |
| 1985 | 8.58 | 2000 | 13.75 | 1985 | 7.95 | 2000 | 13.91 |
| 1986 | 8.76 | 2001 | 14.33 | 1986 | 8.16 | 2001 | 14.61 |
| 1987 | 8.98 | | | 1987 | 8.49 | | |
| 1988 | 9.29 | | | 1988 | 8.88 | | |
| 1989 | 9.66 | | | 1989 | 9.39 | | |

Source: Handbook of Labor Statistics, 1976, Handbook of Labor Statistics, 1989, and Monthly Labor Review.

TABLE 122. The Consumer Price Index, 1800–1974,[1] Selected Groups, and Purchasing Power of the Consumer Dollar, 1913–74

[1967=100]

| Year | All items | Year | All items | Year | All items | Food | Rent | Apparel and upkeep | Purchasing power of consumer dollar 1967=$1.00 |
|---|---|---|---|---|---|---|---|---|---|
| 1800 | 51 | 1856 | 27 | 1913 | 29.7 | 29.2 | 49.6 | 29.2 | $3.367 |
| 1801 | 50 | 1857 | 28 | 1914 | 30.1 | 29.8 | 49.6 | 29.4 | 3.322 |
| 1802 | 43 | 1858 | 26 | 1915 | 30.4 | 29.4 | 49.9 | 30.1 | 3.289 |
| 1803 | 45 | 1859 | 27 | 1916 | 32.7 | 33.1 | 50.5 | 33.0 | 3.058 |
| 1804 | 45 | 1860 | 27 | 1917 | 38.4 | 42.6 | 50.1 | 39.6 | 2.604 |
| 1805 | 45 | 1861 | 27 | 1918 | 45.1 | 49.0 | 51.0 | 53.6 | 2.217 |
| 1806 | 47 | 1862 | 30 | 1919 | 51.8 | 54.6 | 55.2 | 71.1 | 1.931 |
| 1807 | 44 | 1863 | 37 | 1920 | 60.0 | 61.5 | 64.9 | 84.6 | 1.667 |
| 1808 | 48 | 1864 | 47 | 1921 | 53.6 | 46.7 | 74.5 | 65.2 | 1.866 |
| 1809 | 47 | 1865 | 46 | 1922 | 50.2 | 43.7 | 76.7 | 53.0 | 1.992 |
| 1810 | 47 | 1866 | 44 | 1923 | 51.1 | 45.1 | 78.6 | 53.1 | 1.957 |
| 1811 | 50 | 1867 | 42 | 1924 | 51.2 | 44.7 | 81.5 | 52.6 | 1.953 |
| 1812 | 51 | 1868 | 40 | 1925 | 52.5 | 48.4 | 81.3 | 51.6 | 1.905 |
| 1813 | 58 | 1869 | 40 | 1926 | 53.0 | 50.0 | 81.0 | 50.8 | 1.887 |
| 1814 | 63 | 1870 | 38 | 1927 | 52.0 | 48.2 | 79.7 | 49.7 | 1.923 |
| 1815 | 55 | 1871 | 36 | 1928 | 51.3 | 47.7 | 77.8 | 49.0 | 1.949 |
| 1816 | 51 | 1872 | 36 | 1929 | 51.3 | 48.3 | 76.0 | 48.5 | 1.949 |
| 1817 | 48 | 1873 | 36 | 1930 | 50.0 | 45.9 | 73.9 | 47.5 | 2.000 |
| 1818 | 46 | 1874 | 34 | 1931 | 45.6 | 37.8 | 70.0 | 43.2 | 2.193 |
| 1819 | 46 | 1875 | 33 | 1932 | 40.9 | 31.5 | 62.8 | 38.2 | 2.445 |
| 1820 | 42 | 1876 | 32 | 1933 | 38.8 | 30.6 | 54.1 | 36.9 | 2.577 |
| 1821 | 40 | 1877 | 32 | 1934 | 40.1 | 34.1 | 50.7 | 40.4 | 2.494 |
| 1822 | 40 | 1878 | 29 | 1935 | 41.1 | 36.5 | 50.6 | 40.8 | 2.433 |
| 1823 | 36 | 1879 | 28 | 1936 | 41.5 | 36.9 | 51.9 | 41.1 | 2.410 |
| 1824 | 33 | 1880 | 29 | 1937 | 43.0 | 38.4 | 54.2 | 43.2 | 2.326 |
| 1825 | 34 | 1881 | 29 | 1938 | 42.2 | 35.6 | 56.0 | 43.0 | 2.370 |
| 1826 | 34 | 1882 | 29 | 1939 | 41.6 | 34.6 | 56.0 | 42.4 | 2.404 |
| 1827 | 34 | 1883 | 28 | 1940 | 42.0 | 35.2 | 56.2 | 42.8 | 2.381 |
| 1828 | 33 | 1884 | 27 | 1941 | 44.1 | 38.4 | 57.2 | 44.8 | 2.268 |
| 1829 | 32 | 1885 | 27 | 1942 | 48.8 | 45.1 | 58.5 | 52.3 | 2.049 |
| 1830 | 32 | 1886 | 27 | 1943 | 51.8 | 50.3 | 58.5 | 54.6 | 1.931 |
| 1831 | 32 | 1887 | 27 | 1944 | 52.7 | 49.6 | 58.6 | 58.5 | 1.898 |
| 1832 | 30 | 1888 | 27 | 1945 | 53.9 | 50.7 | 58.8 | 61.5 | 1.855 |
| 1833 | 29 | 1889 | 27 | 1946 | 58.5 | 58.1 | 59.2 | 67.5 | 1.709 |
| 1834 | 30 | 1890 | 27 | 1947 | 66.9 | 70.6 | 61.1 | 78.2 | 1.495 |
| 1835 | 31 | 1891 | 27 | 1948 | 72.1 | 76.6 | 65.1 | 83.3 | 1.387 |
| 1836 | 33 | 1892 | 27 | 1949 | 71.4 | 73.5 | 68.0 | 80.1 | 1.401 |
| 1837 | 34 | 1893 | 27 | 1950 | 72.1 | 74.5 | 70.4 | 79.0 | 1.387 |
| 1838 | 32 | 1894 | 26 | 1951 | 77.8 | 82.8 | 73.2 | 86.1 | 1.285 |
| 1839 | 32 | 1895 | 25 | 1952 | 79.5 | 84.3 | 76.2 | 85.3 | 1.258 |
| 1840 | 30 | 1896 | 25 | 1953 | 80.1 | 83.0 | 80.3 | 84.6 | 1.248 |
| 1841 | 31 | 1897 | 25 | 1954 | 80.5 | 82.8 | 83.2 | 84.5 | 1.242 |
| 1842 | 29 | 1898 | 25 | 1955 | 80.2 | 81.6 | 84.3 | 84.1 | 1.247 |
| 1843 | 28 | 1899 | 25 | 1956 | 81.4 | 82.2 | 85.9 | 85.8 | 1.229 |
| 1844 | 28 | 1900 | 25 | 1957 | 84.3 | 84.9 | 87.5 | 87.3 | 1.186 |
| 1845 | 28 | 1901 | 25 | 1958 | 86.6 | 88.5 | 89.1 | 87.5 | 1.155 |
| 1846 | 27 | 1902 | 26 | 1959 | 87.3 | 87.1 | 90.4 | 88.2 | 1.145 |
| 1847 | 28 | 1903 | 27 | 1960 | 88.7 | 88.0 | 91.7 | 89.6 | 1.127 |
| 1848 | 26 | 1904 | 27 | 1961 | 89.6 | 89.1 | 92.9 | 90.4 | 1.116 |
| 1849 | 25 | 1905 | 27 | 1962 | 90.6 | 89.9 | 94.0 | 90.9 | 1.104 |
| 1850 | 25 | 1906 | 27 | 1963 | 91.7 | 91.2 | 95.0 | 91.9 | 1.091 |
| 1851 | 25 | 1907 | 28 | 1964 | 92.9 | 92.4 | 95.9 | 92.7 | 1.076 |
| 1852 | 25 | 1908 | 27 | 1965 | 94.5 | 94.4 | 96.9 | 93.7 | 1.058 |
| 1853 | 25 | 1909 | 27 | 1966 | 97.2 | 99.1 | 98.2 | 96.1 | 1.029 |
| 1854 | 27 | 1910 | 28 | 1967 | 100.0 | 100.0 | 100.0 | 100.0 | 1.000 |
| 1855 | 28 | 1911 | 28 | 1968 | 104.2 | 103.6 | 102.4 | 105.4 | .960 |
|  |  | 1912 | 29 | 1969 | 109.8 | 108.9 | 105.7 | 111.5 | .911 |
|  |  |  |  | 1970 | 116.3 | 114.9 | 110.1 | 116.1 | .860 |
|  |  |  |  | 1971 | 121.3 | 118.4 | 115.2 | 119.8 | .824 |
|  |  |  |  | 1972 | 125.3 | 123.5 | 119.2 | 122.3 | .799 |
|  |  |  |  | 1973 | 133.1 | 141.4 | 124.3 | 126.8 | .752 |
|  |  |  |  | 1974 | 147.7 | 161.7 | 130.2 | 136.2 | .678 |

[1] Indexes from 1800 to 1912 estimated by splicing the following series; 1800 to 1851—Index of Prices Paid by Vermont Farmers for Family Living; 1851 to 1890—Consumer Price Index by Ethel D. Hoover; 1890 to 1912—Cost of Living Index by Albert Rees.

| Year | All items | Food | Rent | Apparel & upkeep | Purchasing power of $ |
|---|---|---|---|---|---|
| 1975 | 161.2 | 175.4 | 137.3 | 142.3 | $.621 |
| 1976 | 170.5 | 180.8 | 144.7 | 147.6 | .587 |
| 1977 | 181.5 | 192.2 | 153.5 | 154.2 | .551 |
| 1978 | 195.3 | 211.2 | 163.9 | 159.5 | .512 |
| 1979 | 217.7 | 234.7 | 175.9 | 166.4 | .461 |
| 1980 | 247.0 | 248.7 | 192.0 | 177.4 | .400 |
| 1981 | 272.3 | 267.8 | 269.5 | 186.6 | .367 |
| 1982 | 288.6 | 278.5 | 223.5 | 190.9 | .347 |
| 1983 | 297.5 | 284.7 | 263.3 | 195.6 | .336 |
| 1984 | 307.6 | 295.2 | 251.7 | 199.1 | .325 |
| 1985 | 318.5 | 301.8 | 263.7 | 205.0 | .314 |
| 1986 | 323.4 | 311.6 | 278.5 | 206.5 | .309 |
| 1987 | 335.0 | 324.8 | 292.6 | 215.5 | .299 |
| 1988 | 348.4 | 338.2 | 304.3 | 224.3 | .287 |
| 1989 | 365.2 | 358.0 | 315.8 | 230.2 | .274 |
| 1990 | 384.4 | 378.9 | 329.2 | 240.4 | .260 |
| 1991 | 399.9 | 391.5 | 344.1 | 250.8 | .250 |
| 1992 | 411.5 | 396.9 | 355.8 | 257.0 | .243 |

Source: Handbook of Labor Statistics, 1976, Handbook of Labor Statistics, 1989, and various issues of the Monthly Labor Review

| Year | All items | Food | Rent | Apparel & upkeep | Purchasing power of $ |
|---|---|---|---|---|---|
| 1993 | 423.1 | 405.2 | 364.9 | 260.5 | $.236 |
| 1994 | 433.8 | 414.5 | 374.0 | 260.1 | .231 |
| 1995 | 446.1 | 425.7 | 384.1 | 257.5 | .224 |
| 1996 | 458.9 | 439.8 | 394.3 | 257.5 | .218 |
| 1997 | 469.3 | 451.3 | 405.7 | 259.9 | .213 |
| 1998 | 475.6 | 460.5 | 418.9 | 258.9 | .210 |
| 1999 | 486.2 | 470.3 | 432.1 | 255.9 | .206 |
| 2000 | 515.8 | 481.1 | 447.2 | 252.6 | .194 |
| 2001 | 530.4 | 496.0 | 465.1 | 248.1 | .189 |



CURRENT POPULATION REPORTS
## Population Characteristics
P20-476

by
Robert Kominski
and
Andrea Adams

# Educational Attainment in the United States: March 1993 and 1992



U.S. Department of Commerce
Economics and Statistics Administration
BUREAU OF THE CENSUS

# AVERAGE BENEFITS PAYMENTS

### Table 4. Employee Benefits as Percent of Payroll

| Type of Benefit | Total, All Manufacturing | Total, All Nonmanufacturing |
|---|---|---|
| Total Employee Benefits as Percent of Payroll | 33.1% | 38.2% |
| A. Legally-Required Payments (employers' share only) | 8.5 | 8.4 |
|   1. Old-Age, Survivors, Disability, and Health Insurance (employer FICA taxes) and Railroad Retirement Tax | 6.8 | 6.9 |
|   2. Unemployment Compensation (federal and state taxes) | 0.6 | 0.5 |
|   3. Workers' Compensation Insurance Premium (includes disbursements & state assessments for self-insured) | 1.0 | 0.9 |
|   4. State Sickness Benefits Insurance | 0.0 | 0.0 |
|   5. Other | 0.0 | 0.1 |
| B. Retirement And Savings Plan Payments (employers' share only) | 6.5 | 9.3 |
|   1. Defined Benefit Pension Plan Contributions | 1.2 | 3.9 |
|   2. Defined Contribution Plan Payments | | |
|     a. 401K and similar | 1.4 | 2.1 |
|     b. Profit-Sharing | 2.3 | 1.2 |
|     c. Stock Bonus, Employee Stock Ownership Plans | 0.6 | 0.0 |
|   3. Pension Plan Premiums (net, under Insurance and Annuity Contracts, insured and in trust) | 0.1 | 0.1 |
|   4. Costs of Plan Administration | 0.3 | 0.2 |
|   5. Other | 0.7 | 1.9 |
| C. Life Insurance And Death Benefits (employers' share only) | 0.4 | 0.3 |
| D. Medical And Medically-Related Benefit Payments (employers' share only) | 8.3 | 8.6 |
|   1. Hospital, Surgical, Medical and Major Medical Insurance Premiums (net) | 5.7 | 5.4 |
|   2. Short-Term Disability, Sickness or Accident Insurance (company plan or insured plan) | 0.2 | 0.2 |
|   3. Long-Term Disability or Wage Continuation (insured, self-administered or trust) | 0.2 | 0.2 |
|   4. Retiree Hospital, Surgical, Medical and Major Medical Insurance Premiums (net) | 1.0 | 0.9 |
|   5. Dental Insurance Premiums | 0.5 | 0.5 |
|   6. Vision Care and Prescription Drugs | 0.3 | 0.4 |
|   7. Other | 0.4 | 1.0 |
| E. Payments For Time Not Worked | 8.8 | 11.0 |
|   1. Paid Rest Periods, Coffee Breaks, Lunch Periods, Wash-Up Time, Etc. | 1.9 | 1.6 |
|   2. Payments for Vacations | 3.6 | 4.8 |
|   3. Payments for Holidays | 2.5 | 3.0 |
|   4. Sick Leave Pay | 0.5 | 1.3 |
|   5. Maternity and Paternity Leave Payments | 0.0 | 0.0 |
|   6. Other | 0.3 | 0.3 |
| F. Miscellaneous Benefit Payments (employers' share only) | 0.7 | 0.6 |
|   1. Discounts on Goods and Services Purchased from Company by Employees | 0.1 | 0.1 |
|   2. Severance Pay | 0.3 | 0.3 |
|   3. Child Care: | | |
|     a. On-Site Child Care | 0.0 | 0.0 |
|     b. Third-Party Provided Care | 0.0 | 0.0 |
|   4. Employee Education Expenditures (tuition refunds, etc.) | 0.2 | 0.2 |

1999 Employee Benefits Study