**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KENNETH MAURY, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:02-CV-1492 (PCD) |
| | : | |
| V. | : | |
| | : | |
| COMPUTER SCIENCES CORPORATION, | : | |
|     Defendant. | : | NOVEMBER 29, 2005 |

_____

**STIPULATION AND NOTICE OF DISMISSAL**

    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Local Rule of Civil Procedure 41(b), the plaintiff in the above-referenced action, Kenneth Maury, and the defendant, Computer Sciences Corporation, by and through their attorneys, hereby report the above-captioned case settled and stipulate that this action shall be dismissed with prejudice and without costs or attorneys' fees being assessed to either of the parties to this action.

**ORAL ARGUMENT IS NOT REQUESTED**

-2-

| THE PLAINTIFF,<br>KENNETH MAURY | THE DEFENDANT,<br>COMPUTER SCIENCES CORPORATION |
|---|---|
| By:_____<br>   Peter B. Prestley (ct15799)<br>   Craig Dickenson (ct18053)<br>   Madsen, Prestley & Parenteau, LLC<br>   44 Capitol Avenue, Suite 201<br>   Hartford, CT  06106<br>   (860) 246-2466<br>   His Attorneys | By:_____<br>   Albert Zakarian (ct04201)<br>   Eric L. Sussman (ct19723)<br>   Day, Berry & Howard LLP<br>   CityPlace I<br>   Hartford, Connecticut 06103-3499<br>   (860) 275-0100<br>   Its Attorneys |